**Kelner & Kelner, Esqs.**
**7 World Trade Center, Suite 2700**
**New York, New York 10007**
**(212) 425-0700**

September 8, 2021

**Submitted by ECF**
Honorable David N. Hurd
United States District Court, Northern District of New York
Alexander Pirnie Federal Building and United States Courthouse
10 Broad Street
Utica, New York 13501

      Re: *Dukes v. City of Albany, et al.* (Docket No.: 17-cv-865)

Dear Judge Hurd:

      Our law firm represents plaintiff Carl Dukes in the above-referenced matter. I am writing on behalf of both parties, in accordance with the Court's directive to provide a status update regarding the case.

      The parties would like to advise the Court that the *Dukes* action has been resolved, subject to the approval of the City's Board of Estimate and Apportionment. The parties anticipate submitting a Stipulation of Settlement within the next 14 days.

      We thank the Court for its consideration.

                                             Respectfully submitted,

                                             Joshua D. Kelner

cc:

**By ECF**
Stephen Rehfuss, Esq.